UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVEYLYN BACUS,<br>　　　　Plaintiff(s),<br>v.<br>WALMART, INC.,<br>　　　　Defendant(s). | Case No. 2:25-cv-00827-RFB-NJK<br><br>**Order**<br><br>[Docket No. 7] |

　　　　Pending before the Court is a joint discovery plan.  Docket No. 7.

　　　　The discovery plan appears to evidence unfamiliarity with the local rules.  As a few examples:  (1) the discovery plan does not include in the caption the required notation for seeking special scheduling review, *see* Local Rule 26-1(a); (2) the discovery plan references an interim status report, which was excised from the local rules years ago; (3) the discovery plan references a non-existent "LR 26-1(e)(5);" (4) the discovery plan omits the required certifications, *see* Local Rules 26-1(b)(7), (8), and (9); (5) the discovery plan improperly provides the signature block for judicial approval at the start of a new page, *see* Local Rule IA 6-2; and (6) the signature block for judicial approval references a non-existent federal judge, *see id.* (identifying judges' titles).  <u>Counsel must familiarize themselves with the operative local rules.</u>[1]  Counsel must ensure moving forward that they comply with all governing rules.

　　　　In addition, the discovery plan seeks a ten-month discovery period based on Plaintiff's continuing medical treatment.  Insufficient detail is provided to justify such relief.  By way of

---

[1] The operative local rules were adopted on April 17, 2020, and are available on the Court's website.

1

example, the discovery plan references a potential surgery, but provides no details as to the anticipated timeframe for such surgery.[2]

Accordingly, the joint discovery plan is DENIED without prejudice. An amended joint discovery plan must be filed by May 29, 2025.

IT IS SO ORDERED.

Dated: May 23, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] While continuing medical treatment might warrant relief from the default discovery deadlines in some cases, the Court cannot delay a case *ad infinitum* based on continuing medical treatment. At some point, the case must proceed to the merits stage and further medical treatment must be addressed as future damages.