# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVEYLYN BACUS,<br><br>    Plaintiff(s),<br><br>v.<br><br>WALMART, INC.,<br><br>    Defendant(s). | Case No. 2:25-cv-00827-RFB-NJK<br><br>**Order**<br><br>[Docket Nos. 9, 10, 14, 15] |

The docket reflects notices that orders are being returned as undeliverable to attorney Aaron Heaton. Docket Nos. 9, 10, 14, 15.

"An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Local Rule IA 3-1; *see also* Local Rule IC 2-1 (requiring CMECF filers to update their contact information).

Attorney Heaton is ORDERED to update his CMECF account information with a current email address and a current mailing address by June 30, 2025.

IT IS SO ORDERED.

Dated: June 16, 2025

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge

1