# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVEY LYN BACUS,<br><br>    Plaintiff(s),<br><br>v.<br><br>WALMART, INC.,<br><br>    Defendant(s). | Case No. 2:25-cv-00827-RFB-NJK<br><br>**Order**<br><br>[Docket No. 18] |

Pending before the Court is a stipulation seeking two forms of relief: (1) to remove Aaron Heaton as counsel of record and (2) to correct the docket to reflect that Plaintiff's name is Evey Lyn Bacus. Docket No. 18. Counsel are reminded that separate requests for relief must be docketed separately. Local Rule IC 2-2(b). Counsel must comply with this rule moving forward. For today's purposes, however, the stipulation is **GRANTED** as to both forms of relief sought.

IT IS SO ORDERED.

Dated: June 24, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1