JARED F. HERLING, ESQ.
Nevada Bar No. 13350
**HEATON & ASSOCIATES, PLLC**
5785 Centennial Center Blvd., Ste. 240
Las Vegas, Nevada 89149
Telephone (702) 850-5000
Facsimile  (702) 664-2100
Jared@HeatonLegal.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

EVEY LYN BACUS,

        Plaintiff,

vs.

WALMART, INC., a foreign corporation,
DOES I through X, inclusive and ROE
CORPORATIONS XI through XX, inclusive,

        Defendants.

CASE NO.: 2:25-cv-00827-RFB-DJA

**STIPULATION AND ORDER TO EXTEND CLOSE OF DISCOVERY DEADLINE TO ACCOMMODATE DEPOSITION OF JUSTIN BRINK (SECOND REQUEST)**

IT IS HEREBY STIPULATED AND AGREED, by and between all parties and their counsel of record, pursuant to LR IA 6-1 and LR 26-3 as follows:

## DISCOVERY COMPLETED

Documents and witnesses have been exchanged pursuant to FRCP 26. Depositions of Plaintiff, Defendant's FRCP 30(b)(6) witness, and Reuban Karan (Defendant's witness) have been taken. A FRCP 35 exam has been completed by Defendant's medical expert. Expert Disclosures have been made pursuant to FRCP 26. The deposition of Plaintiff's expert, Dr. Muir has been taken. The depositions of Defendant's medical experts have been scheduled to be completed within the current close of discovery. Mediation was attempted though was unsuccessful.

/ / /

HEATON & ASSOCIATES
5785 Centennial Center Blvd., Ste. 240 • Las Vegas, Nevada 89149
Telephone (702) 850-5000    Facsimile (702) 664-2100

1

**DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties are in need of completing the deposition of defense expert, Justin Brink.

**REASONS WHY DICOVERY WAS NOT COMPLETED**
**WITHIN THE TIME SET BY THE DISCOVERY ODER**

The parties promptly scheduled and set Mr. Brink's deposition to occur during the current discovery period. However, due to Mr. Brink's schedule, he was unable to go through with the deposition and it required rescheduling. His availability is outside the current close of discovery. In light of the foregoing, the parties believe good cause exists to continue the deadlines as requested herein.

**CURRENT SCHEDULE FOR COMPLETING DISCOVERY**

| Item | Deadline |
| --- | --- |
| Initial Expert Disclosures | November 24, 2025 |
| Motions to amend pleadings or add parties | November 24, 2025 |
| Rebuttal expert disclosures | December 24, 2025 |
| Discovery cut-off | February 23, 2026 |
| Dispositive Motion Deadline | March 23, 2026 |
| Joint Pre-Trial Order | April 23, 2026 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

## PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

| Item | Deadline |
|------|----------|
| Initial Expert Disclosures | **Unchanged** |
| Motions to amend pleadings or add parties | **Unchanged** |
| Rebuttal expert disclosures | **Unchanged** |
| Discovery cut-off | **March 23, 2026** |
| Dispositive Motion Deadline | **April 23, 2026** |
| Joint Pre-Trial Order | **May 22, 2026** |

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 3rd day of February, 2026 | Dated this 3rd day of February, 2026 |
| HEATON & ASSOCIATES | QUINTAIROS, PRIETO, WOOD & BOYER |
| *  /s/ Jared F. Herling  * | *  /s/ Rachel Shelstad  * |
| JARED F. HERLING, ESQ. | MICHAEL AYERS, ESQ. |
| Nevada Bar No. 13350 | SARAH HARTIG, ESQ. |
| 5785 Centennial Center Blvd., Ste. 240 | RACHEL SHELSTAD, ESQ. |
| Las Vegas, Nevada 89149 | 3740 Lakeside Dr, Ste.202 |
| Jared@HeatonLegal.com | Reno, NV 89509 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**Dated:** _2/4/2026_____

HEATON & ASSOCIATES
5785 Centennial Center Blvd., Ste. 240 • Las Vegas, Nevada 89149
Telephone (702) 850-5000    Facsimile (702) 664-2100

3

**Tuesday, February 3, 2026 at 11:38:21 AM Pacific Standard Time**

**Subject:** RE: Bacus v Walmart Inc // 2:25-cv-00827 // Justin Brink deposition
**Date:** Tuesday, February 3, 2026 at 11:30:26 AM Pacific Standard Time
**From:** Rachel L. Shelstad
**To:** Jared, Sherri Leyva, Clarice
**CC:** Laina Leavitt, Georgia L. Hamann, Michelle Riggert
**Attachments:** image001.png, image002.png, image003.png, image004.png, image005.png

Approved.



**Rachel L. Shelstad** | **Partner**
**Quintairos, Prieto, Wood & Boyer, P.A.**
2370 Corporate Circle, Suite 160, Henderson, NV 89074
Ph: (702) 751-3003  Fax: (702) 751-3004
Email: rachel.shelstad@qpwblaw.com
Mobile: (702) 902-7902
**qpwblaw.com**

Alabama ◆ Arizona ◆ California ◆ Colorado ◆ Connecticut ◆ Florida ◆ Georgia ◆ Idaho ◆ Illinois ◆ Indiana ◆ Kentucky ◆ Louisiana ◆ Maryland ◆ Massachusetts ◆ Michigan ◆ Mississippi
Missouri ◆ Nevada ◆ New Jersey ◆ New Mexico ◆ New York ◆ North Carolina ◆ Ohio ◆ Pennsylvania ◆ Rhode Island ◆ Tennessee ◆ Texas ◆ USVI ◆ Washington ◆ West Virginia

**QPWB is committed to providing the best client experience possible.**
Please **contact client support** with any issues or questions regarding your service.

---

**From:** Jared <jared@heatonlegal.com>
**Sent:** Tuesday, February 3, 2026 11:14 AM
**To:** Sherri Leyva <micherra.leyva@qpwblaw.com>; Clarice <clarice@heatonlegal.com>
**Cc:** Rachel L. Shelstad <rachel.shelstad@qpwblaw.com>; Laina Leavitt <laina.leavitt@qpwblaw.com>; Georgia L. Hamann <georgia.hamann@qpwblaw.com>; Michelle Riggert <michelle.riggert@qpwblaw.com>
**Subject:** RE: Bacus v Walmart Inc // 2:25-cv-00827 // Justin Brink deposition

Rachel,

Please see SAO re: Brink attached. Let me know if you have any changes and/or if we have permission to submit with your e-signature. Thanks.

Sincerely,

Jared F. Herling, Esq.  |  Heaton & Associates
5785 Centennial Center Blvd., Ste. 240  |  Las Vegas, Nevada 89149
Cell: (725)-529-8385 |  Facsimile: (702) 664-2100
www.HeatonLegal.com

NOTICE:  The information contained in this electronic message is intended only for the personal and confidential use of the designated recipient(s) named above.  This message may be attorney-client communication, and as such, is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone or return e-mail and permanently destroy all original messages.  Thank you.

---

**From:** Sherri Leyva <micherra.leyva@qpwblaw.com>
**Sent:** Monday, February 2, 2026 12:25 PM
**To:** Clarice <clarice@heatonlegal.com>; Jared <jared@heatonlegal.com>
**Cc:** Rachel L. Shelstad <rachel.shelstad@qpwblaw.com>; Laina Leavitt <laina.leavitt@qpwblaw.com>; Georgia L. Hamann <georgia.hamann@qpwblaw.com>; Michelle Riggert <michelle.riggert@qpwblaw.com>
**Subject:** Re: Bacus v Walmart Inc // 2:25-cv-00827 // Justin Brink deposition

Hi Clarice - I just wanted to check on this and make sure I didn't miss it. Did you set Justin Brink's depo? He is available any of 3.10.26-3.13.26 with a start time of 10am all four days. Let me know if any of those days work for you all.

**Sherri Leyva** | **Paralegal**
**Quintairos, Prieto, Wood & Boyer, P.A.**
14350 N. 87th Street, Suite 265, Scottsdale, Arizona 85260

1 of 7